Michael W. McKelleb, Esq., 12040
ANGIUS & TERRY LLP
1120 N. Town Center Drive, Suite 260
Las Vegas, NV 89144
Telephone: (702) 990-2017
Facsimile: (702) 990-2018
mmckelleb@angius-terry.com
Attorneys for Defendant *Copper Ridge Homeowners Association*

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., SUCCESSOR TO THE BANK OF NEW YORK TRUST COMPANY, N.A., AS TRUSTEE FOR CHASE MORTGAGE FINANCE TRUST MULTI-CLASS MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-A3,<br><br>    Plaintiff,<br><br>v.<br><br>THUNDER PROPERTIES, INC; COPPER RIDGE HOMEOWNERS ASSOCIATION,<br><br>    Defendants. | Case No.: 2:16-cv-02399-APG-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSIVE DEADLINES ON DEFENDANT COPPER RIDGE HOMEOWNER ASSOCIATION'S MOTION TO DISMISS** |

Plaintiff BANK OF NEW YORK MELLON TRUST COMPANY, N.A. ("BNYM"), Defendant THUNDER PROPERTIES, and Defendant COPPER RIDGE HOMEOWNERS ASSOCIATION ("Copper Ridge") have entered into negotiations to attempt to reach a settlement of this matter, which negotiations may be hampered by Defendant's Motion to Dismiss.

This is the second stipulation between BNYM and Copper Ridge. The first stipulation extended the deadline to January 20, 2017. However, that stipulation did not include Defendant Thunder Properties. Furthermore, this second request is necessitated by the multiple factors, including but not limited to illness to Copper Ridge's counsel and client

1

vacations related to the holidays by the party's principals, each of which has hampered the settlement negotiations during the previous extension. Nevertheless, resolution of at least part of this matter appears likely.

Based upon the foregoing, IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendants that the deadline for Plaintiff and/or Defendant Thunder Properties to respond to the Association's motion is hereby continued to March 20, 2017.

DATED this 12th day of January, 2017

ANGIUS & TERRY LLP

/s/ Michael W. McKelleb
Troy R. Dickerson, Esq., SBN 9381
Michael W. McKelleb, Esq., SBN 12040
1120 N. Town Center Dr., Suite 260
Las Vegas, NV 89144
*Attorneys for Defendant*

DATED this 12th day of January, 2017

BALLARD SPAHR LLP

/s/ Sylvia O. Semper
Abran E. Vigil, Esq., SBN 7548
Sylvia O. Semper, Esq. SBN 12863
100 North City Parkway, Suite 1750
Las Vegas, NV 89106
*Attorneys for Plaintiff*

DATED this 12th day of January, 2017

ROGER P. CROTEAU & ASSOCIATES

/s/ Timothy E. Rhoda
Timothy E. Rhoda, Esq. SBN7878
9120 Post Road
Las Vegas, NV 89148

## ORDER

**IT IS SO ORDERED** that Plaintiff's responsive deadline on Defendant's Motion to Dismiss is continued to the 20th day of March, 2017.

DATED this 12th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE