# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THUNDER PROPERTIES, INC., *et al.*,<br><br>Defendants. | Case No. 2:16-cv-02399-APG-NJK<br><br>**ORDER GRANTING MOTION TO PARTIALLY LIFT STAY**<br><br>(ECF Nos. 13, 14, 20, 21) |

IT IS ORDERED that defendant Copper Ridge Homeowners' Association's motion to lift stay for the limited purpose of allowing the plaintiff to amend the complaint and file a stipulated disclaimer **(ECF No. 23) is GRANTED**. The stay in this case is partially lifted to allow the plaintiff to amend its complaint to remove the monetary claims against defendant Copper Ridge Homeowners' Association and to allow the plaintiff and Copper Ridge Homeowners' Association to file a stipulated disclaimer of interest.

DATED this 12th day of October, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE