Michael W. McKelleb, Esq., 12040
ANGIUS & TERRY LLP
1120 N. Town Center Drive, Suite 260
Las Vegas, NV 89144
Telephone: (702) 990-2017
Facsimile: (702) 990-2018
mmckelleb@angius-terry.com
Attorneys for Defendant *Copper Ridge Homeowners Association*

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., SUCCESSOR TO THE BANK OF NEW YORK TRUST COMPANY, N.A., AS TRUSTEE FOR CHASE MORTGAGE FINANCE TRUST MULTI-CLASS MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-A3,<br><br>    Plaintiff,<br><br>v.<br><br>THUNDER PROPERTIES, INC; COPPER RIDGE HOMEOWNERS ASSOCIATION,<br><br>    Defendants. | Case No.: 2:16-cv-02399-APG-NJK<br><br>**STIPULATED DISCLAIMER OF INTEREST**<br><br>**ORDER** |

COME NOW, defendant COPPER RIDGE HOMEONWERS ASSOCIATION (the "**Copper Ridge**"), by and through its counsel, ANGIUS & TERRY LLP, and plaintiff BANK OF NEW YORK MELLON TRUST COMPANY, N.A. ("**BNYM**"), by and through its counsel, Ballard Spahr, LLP, and hereby stipulate and agree as follows:

1.     **WHEREAS**, Copper Ridge purchased the property commonly referred to as 6947 Sacred Circle, Sparks, NV 89513, and referred to by the Washoe County Recorder as APN: 526-591-04 (the "**Property**") at an common-interest community non-judicial foreclosure sale on October 17, 2012;

2. **WHEREAS**, Copper Ridge purchased the property, subject to Plaintiff's security interest in the property, through a credit bid in the amount of $1,127.97.

3. **WHEREAS**, on April 2, 2013, Copper Ridge conveyed by Quitclaim Deed all of Copper Ridge's interest in the subject property to Westland Construction Corp.

4. **WHEREAS**, Plaintiff was informed and believed that Copper Ridge may hold or claim an interest in the Property;

5. **WHEREAS**, on October 14, 2016, BNYM filed a complaint for, among other things, declaratory relief and quiet title against Copper Ridge and others in the United States District Court, District of Nevada as case number 2:16-cv-02399-APG-NJK;

6. **WHEREAS**, on October 17, 2016, the district court entered a stay in this matter and, by order on April 12, 2017, reaffirmed that stay pending resolution of certiorari proceedings in *Bourne Valley Court Trust v. Wells Fargo Bank* and *Saticoy Bay LLC Series 350 Durango 104 v. Wells Fargo Home Mortgage.*

7. **WHEREAS**, Copper Ridge reviewed BNYM's complaint, and any exhibits thereto, if any, and thereafter negotiated the voluntary dismissal of BNYM's third claim for relief for unjust enrichment and BNYM's fourth claim for relief for conversion against Copper Ridge. BNYM agreed that it would withdraw its third claim for relief for unjust enrichment and fourth claim of relief for conversion against Copper Ridge by the filing of an amended complaint upon the lifting of the stay by the district court;

8. **WHEREAS**, as a result of Copper Ridge and BYNM's agreement, the only remaining claims asserted against Copper Ridge include BNYM's first claim for relief for quiet title and declaratory relief;

9. **WHEREAS**, Copper Ridge reviewed BNYM's first cause of action and determined that BNYM does not seek monetary damages against Copper Ridge, but limits its requested relief to quiet title and a declaration from the Court;

10. **WHEREAS**, Copper Ridge has determined that it has no legal right, title, or interest in the Property;

2

11. **WHERAS**, Copper Ridge determined that is has no interest in the Property, and therefore no interest in this matter, including any interest in any determination in relation to quiet title or any declaration this Court may make and therefore disclaims any interest in the Property whatsoever;

12. **WHEREAS**, BNYM, having reviewed the foregoing, verifies that upon amending its complaint pursuant to its agreement with Copper Ridge, it would no longer seek monetary damages against Copper Ridge;

13. **WHEREAS**, BNYM agrees, based upon Copper Ridge's disclaimer set forth herein, including Copper Ridge's disclaimer regarding the right of BNYM to quiet title and/or declaratory relief, that upon the affirmative agreement contained herein, wherein Copper Ridge agrees that even though it disclaims any interest in the Property or this action, that it nevertheless stipulates and agrees it is bound by any order this Court, as if it were a party herein, regarding any decision relating to the Property and BNYM's quiet title and declaratory relief causes of action;

14. **WHEREAS**, based upon the foregoing representations, BNYM stipulates and agrees that upon Copper Ridge's disclaimer of interest and agreement to be bound by any order of this Court, that Copper Ridge should be dismissed from this matter;

15. **WHEREAS**, based upon Copper Ridge's disclaimer set forth herein, BNYM and Copper Ridge agree to bear their own attorney's fees and costs with respect to BNYM's claims against Copper Ridge.

DATED this 6th day of February, 2018.

ANGIUS & TERRY LLP

Bradley Epstein, Esq., SBN 5296
Michael W. McKelleb, Esq., 12040
1120 N. Town Center Drive, Suite 260
Las Vegas, NV 89144

BALLARD SPAHR LLP

Abran E. Vigil, Esq., SBN 7548
Sylvia O. Semper, Esq., SBN 12863
100 North City Parkway, Suite 1750
Las Vegas, NV 89106

**IT IS SO ORDERED.**

3/6/2018

UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Facsimile: (702) 990-2018<br>mmckelleb@angius-terry.com<br>*Attorneys for Defendant*<br>*Copper Ridge Homeowners Association* | F: (702) 471-7070<br>sempers@ballardspahr.com<br>*Attorneys for Plaintiff*<br>*U.S. Bank, N.A.* |

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated this ___ day of Feburary, 2018.

_____
DISTRICT COURT JUDGE

ANGIUS & TERRY LLP
120 N. Town Center Dr.
Suite 260
Las Vegas, NV 89144
(702) 990-2017