Kent F. Larsen, Esq.
Nevada Bar No. 3463
Karl L. Nielson, Esq.
Nevada Bar No. 5082
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
      kln@slwlaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., SUCCESSOR TO THE BANK OF NEW YORK TRUST COMPANY, N.A., AS TRUSTEE, FOR CHASE MORTGAGE FINANCE TRUST MULTI-CLASS MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-A3,<br><br>                    Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES, INC., a Nevada corporation; COPPER RIDGE HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation,<br><br>                    Defendants. | CASE NO. 2:16-cv-02399-APG-NJK<br><br>STIPULATION AND<br>ORDER EXTENDING DEADLINE<br>TO FILE OPPOSITION TO<br>MOTION TO DISMISS<br><br>(Second Request) |

Plaintiff Bank of New York Mellon Trust Company, N.A., successor to the Bank of New York Trust Company, N.A., as Trustee for Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Though Certificates Series 2007-3 ("BNY") and Thunder Properties, Inc. ("Thunder Properties") by and through their respective counsel of record, stipulate and agree as follows:

    1.     On April 24, 2019, Thunder Properties filed a Motion to Dismiss in this action.

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006

[ECF No. 43.]

2. Following a brief stipulated extension, the deadline for BNY to file its opposition is currently set for May 22, 2019.

3. Counsel for BNY has encountered several personal matters and will also be out of the office and therefore requested a further extension to file BNY's opposition to the Motion to Dismiss, to which counsel for Thunder Properties agreed. This brief extension will also allow the parties to address potential settlement of this matter.

4. Accordingly, BNY shall have up to and including June 12, 2019 to file its opposition to Thunder Properties' Motion to Dismiss.

5. The parties respectfully submit that the stipulation is supported by a showing of good cause, and the extension set forth herein is not requested for purposes of delay.

| | |
|---|---|
| SMITH LARSEN & WIXOM | ROGER P. CROTEAU & ASSOCIATES, LTD. |
| Dated this 21st day of May, 2019. | Dated this 21st day of May, 2019. |
| /s/ Karl L. Nielson | /s/ Timothy E. Rhoda |
| Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Karl L. Nielson, Esq.<br>Nevada Bar No. 5082<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Plaintiff | Roger P. Croteau, Esq.<br>Nevada Bar No. 4958<br>Timothy E. Rhoda, Esq.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>Attorney for Thunder Properties, Inc. |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 21, 2019.

2