# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., | Case No.: 2:16-cv-02399-APG-NJK |
| Plaintiff | **Order for Status Report** |
| v. | |
| THUNDER PROPERTIES, INC., et al., | |
| Defendants | |

On July 8, 2019, the parties advised the court that they had settled this matter and requested 60 days to finalize settlement. ECF No. 50. More than 120 days have passed without a stipulation to dismiss being filed.

I THEREFORE ORDER the parties to file a stipulation to dismiss or a status report by November 26, 2019.

DATED this 18th day of November, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE